## THE STATE v. JOHN WALKER.

See an indictment for assault with intent to murder held good.

APPEAL from Johnson. Tried below before the Hon. Charles Soward.

The indictment against Walker charged that he, "upon the body of one J. C. Eastham, * * did make an assault with a certain pistol, said pistol being then and there a deadly weapon, and charged with gunpowder and

leaden balls, which he, the said John Walker, then and there had and held in his right hand, with the intent him, the said Eastham, then and there feloniously, and with malice aforethought, to kill and murder, against," etc.

A demurrer to the indictment was sustained, and the State appealed.

*Geo. Clark, Attorney-General,* for the State, cited The State v. Rutherford, 13 Texas, 26; State v. Croft, 15 Texas, 576; State v. Hedrick, 35 Texas, 485; State v. Peters, 36 Texas, 325; State v. Killough, 32 Texas, 77; Paschal's Digest, Articles 2155, 2863.

*Amzi Bradshaw,* for appellee, cited Paschal's Digest, Article 2137; Warren v. The State, 33 Texas, 517; Randolph v. The State, 34 Texas, 286.

MOORE, ASSOCIATE JUSTICE.—The court erred in sustaining the motion to quash the indictment. It contained every necessary averment for a valid indictment, as has been repeatedly decided by this court. (See State v. Croft, 15 Texas, 576; State v. Hedrick, 35 Texas, 485; State v. Killough, 32 Texas, 77; State v. Peters, 36 Texas, 325; Martin v. The State, decided at the present term.)

REVERSED AND REMANDED.